UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| FARHAN AL-SAREI, aka<br>FARHAN AL SAREAI, aka<br>AL SAREAL FARHAN, aka<br>FARHAN AL SAREAAI MUSAED,<br><br>    Plaintiff,<br>v.<br><br>MEMPHIS COUNTY JAIL, ET AL.<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br><br><br>CASE NO: 17-2139-STA-egb |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying Leave To Proceed In Forma Pauperis and Dismissing Case Without Prejudice entered on May 25, 2017, this cause is hereby dismissed without prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/25/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk